**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SECURED MAIL SOLUTIONS, LLC, </br> Plaintiff </br> </br> v. </br> </br> ADVANCED IMAGE DIRECT, LLC, ET AL, </br> </br> Defendants | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 1:13-cv-00873 </br> </br> Judge Amy J. St. Eve |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff Secured Mail Solutions, LLC ("Plaintiff"), by and through its undersigned counsel, hereby request that the Court allow Plaintiff to file its Opposition to Defendant Microdynamics' Motion for Sanctions under Federal Rule of Civil Procedure 11 and associated Declaration and Exhibits under seal pursuant to Local Rules 5.8 and 26.2 and the Protective Order (Dkt. 104). In support of the present Motion, Plaintiff states the following:

1. Plaintiff intends to file an Opposition to Defendant Microdynamics' Motion for Sanctions under Federal Rule of Civil Procedure 11.

2. Plaintiff's motion contains within the brief and the exhibits information that Defendant deems confidential. Specifically, Plaintiff's motion contains information regarding Microdynamics' services, and excerpts of the documents are exhibits to the motion. Defendant produced these documents with their initial disclosures pursuant to Local Patent Rule 2.1 and pursuant to requests for production from SMS. Defendant has designated the documents as "CONFIDENTIAL."

3. Pursuant to the protective order that is currently in effect, Plaintiff may not publicly disclose the documents. Dkt. 104, ¶ 1. Plaintiff takes no position as to whether the documents are confidential.

4. Counsel for Plaintiff have conferred with counsel for Defendant, who has indicated that Defendant does not oppose this motion.

5. For the reasons stated above, Plaintiff respectfully requests that this Court grant its motion and permit Plaintiff to file its Opposition to Defendant Microdynamics' Motion to Dismiss under Federal Rule of Civil Procedure 11 and associated declaration and exhibits under seal.

Dated: May 2, 2013

By: ___/s/ Dawn Sestito_____
BRETT J. WILLIAMSON (*Pro Hac Vice*)
bwilliamson@omm.com
**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660-6429
Telephone: (949) 760-9600
Facsimile: (949) 823-6994

RYAN K. YAGURA (*Pro Hac Vice*)
ryagura@omm.com
DAWN SESTITO (*Pro Hac Vice*)
dsestito@omm.com
Alan D. Tse (*Pro Hac Vice*)
atse@omm.com
VISION L. WINTER (*Pro Hac Vice*)
vwinter@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

THOMAS E. WETTERMANN (ID No. 6230503)
wettermann@mhbb.com
S. RICHARD CARDEN (ID No. 6269504)

2

carden@mbhb.com
KIRSTEN L. THOMSON (ID No. 6293943)
thomson@mbhb.com
**MCDONNELL BOEHNEN HULBERT &
BERGHOFF LLP**
300 South Wacker Drive
Chicago, Illinois 60606
Tel.: (312) 913-0001
Fax: (312) 913-0002

Attorneys for SECURED MAIL SOLUTIONS, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that on May 2, 2013, I caused this document to be electronically filed with the Clerk of the Court using the ECF System of the United States District Court for the Northern District of Illinois, which will send notification of such filing to, constituting service of this document on, all filing users.

                                                     */s/ Dawn Sestito*