**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SECURED MAIL SOLUTIONS, LLC,<br>           Plaintiff<br><br>        v.<br><br>ADVANCED IMAGE DIRECT, LLC,<br>ET AL,<br><br>           Defendants | Civil Action No. 1:13-cv-00873<br><br>Judge Amy J. St. Eve |

**DECLARATION OF VISION L. WINTER IN SUPPORT OF SMS'S OPPOSITION TO
DEFENDANT MICRODYNAMICS' MOTION FOR SANCTIONS
UNDER FED. R. CIV. P. 11**

My name is Vision L. Winter, and I declare:

1. I am over the age of eighteen, and I am competent to make this declaration. I provide this declaration based upon my personal knowledge. I would testify as to the facts in this declaration under oath if called upon to do so.

2. I am an attorney with the law firm of O'Melveny & Myers LLP and one of the attorneys of record for Secured Mail Solutions, LLC ("SMS"). I submit this declaration in conjunction with the litigation captioned above.

3. I met and conferred with counsel for Microdynamics on August 21 and 28, December 7, 14, and 21, 2012, and explained that the basis for the Complaint is tied to Microdynamics' use of the Intelligent Mail Barcode ("IMb") to provide certain infringing value-added mail services to their customers, and not based on steps performed by the USPS or Microdynamics' compliance with any IMb specification provided by the USPS. In an effort to provide greater clarity regarding SMS's infringement contentions, O'Melveny and Myers LLP filed a First Amended Complaint on August 22, 2012.

4. During the meet and confer following receipt of the original draft Rule 11 motion on August 15, 2012, I assured counsel for Microdynamics that SMS and O'Melveny and Myers

LLP conducted a thorough pre-suit investigation including a review of the Microdynamics public website.

5. That motion was fully briefed by the parties in Case No. 12-cv-1119 ("1119") (119 Dkt. Nos. 26, 31-32, & 36) in the Central District of California, but the California court struck all papers when it consolidated the 1119 case with C.D. Cal. Case No. 12-cv-1090 ("1090") (1119 Dkt. 40).

6. On January 23, 2013, Microdynamics served a second version of its motion for sanctions under Rule 11, but the motion was never filed because the case against Microdynamics was transferred to this Court on January 30, 2013 (1090 Dkt. 74).

7. During the course of our pre-suit investigation, Todd Fitzsimmons (of SMS) and its counsel (including me) reviewed and discussed the file histories, the specifications, and the claims of the patents asserted in this action (U.S. Pat. Nos. 7,814,032; 7,818,268; and 8,073,787).

8. During the course of our pre-suit investigation, Todd Fitzsimmons (of SMS) and its counsel (including me) analyzed the terms used in the claims of the patents asserted in this action (U.S. Pat. Nos. 7,814,032; 7,818,268; and 8,073,787) and preliminarily construed the terms as required. Certain terms were construed according to their plain and ordinary meaning while other terms were construed in accordance with the relevant intrinsic and extrinsic evidence.

9. During the course of our pre-suit investigation, Todd Fitzsimmons (of SMS) and its counsel (including me) reviewed and discussed hundreds of pages of public information gleaned from web searches, industry conferences, USPS research, and other public information provided by Microdynamics, Crawford Technologies, and the USPS.

10. Prior to filing the above captioned lawsuit, Todd Fitzsimmons (of SMS) and counsel for SMS (including me) thoroughly researched Microdynamics and its business practices and did an element-by-element comparison comparing the claims of the asserted patents with the products and services offered by Microdynamics on an element-by-element basis.

11. During the course of our pre-suit investigation, Todd Fitzsimmons (of SMS) and

its counsel (including me) reviewed and discussed the Microdynamics' website and reviewed other public data prior to determining that Microdynamics engages in infringing conduct.

12. Attached hereto as Exhibit A is a true and correct copy of a printout of the web page existing at www.microdg.com/capabilities/inserting.html that was last visited on May 1, 2013. This web page advertises Microdynamics' services and states "[u]sing 2D barcoding and exit scanners, Microdynamics enhances quality control by verifying each mail piece as it comes off the line."

13. Attached hereto as Exhibit B is a true and correct copy of a Bates-stamped document served by Microdynamics containing material that Microdynamics has designated as CONFIDENTIAL. The Bates range for the document is MD0029467-MD0029507.

14. Attached hereto as Exhibit C is a true and correct copy of a Bates-stamped document served by Microdynamics containing material that Microdynamics has designated as CONFIDENTIAL. The Bates range for the document is MD0035704-MD0035710.

15. Attached hereto as Exhibit D is a true and correct copy of a Bates-stamped document served by Microdynamics containing material that Microdynamics has designated as CONFIDENTIAL. The Bates range for the document is MD0028458-MD0028523.

I declare under penalty of perjury under the laws of the United States of America and the laws of the state of California that the foregoing is true and correct to the best of my knowledge.

Executed on May 2, 2013, in Los Angeles, California.

_____
Vision L. Winter