# EXHIBIT B

**EXHIBIT REDACTED**