# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SECURED MAIL SOLUTIONS, LLC, ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> ADVANCED IMAGE DIRECT, LLC, ) <br> ET AL, ) <br> ) <br> Defendants ) | Civil Action No. 1:13-cv-00873 <br><br> Judge Amy J. St. Eve |

## ORDER OF DISMISSAL

On January 21, 2014, Plaintiff Secured Mail Solutions, LLC, and Defendant R.R. Donnelley & Sons Company ("Donnelley") filed a Joint Motion to Dismiss with Prejudice the above-captioned matter under Federal Rule of Civil Procedure 41(a). Having considered the parties' Joint Motion, the Court grants the motion [196] and hereby **DISMISSES** the above-captioned matter with prejudice. Each side shall bear its own costs and expenses relating to this litigation, including attorney and expert fees and expenses.

**IT IS SO ORDERED.**

Dated: January 21, 2014         Entered: _____
                                        Honorable Amy J. St. Eve